UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CALVIN EARL BROWN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 4:18-cv-199-FL |
| SUPERIOR COURT OF WAKE COUNTY ) | |
| *Court Administration,* R. ALLEN ) | |
| BADDOUR, *Presiding Judge,* and ) | |
| STATE OF NORTH CAROLINA ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 1, 2019, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 4, 2019, and Copies To:**
Calvin Earl Brown (via US mail) 31 Cherry Lane, Chocowinity, NC 27817.

February 4, 2019            PETER A. MOORE, JR., CLERK

                               /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk